1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANTHONY E. BAKER,

11        Plaintiff,                    No. CIV S-07-0992 GEB GGH P

12        vs.

13   CALIF. DEPT. OF CORRECTION, et al.,

14        Defendants.                   ORDER

15 _____/

16          Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42

17 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C.

18 § 1915.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C.

19 § 636(b)(1).

20          Plaintiff has submitted a declaration that makes the showing required by 28

21 U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

22          Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28

23 U.S.C. §§ 1914(a), 1915(b)(1).  An initial partial filing fee of $3.10 will be assessed by this

24 order.  28 U.S.C. § 1915(b)(1).  By separate order, the court will direct the appropriate agency to

25 collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the

26 Court.  Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the

1

1 preceding month's income credited to plaintiff's prison trust account.  These payments will be

2 forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's

3 account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

4         The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983

5 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a

6 reasonable opportunity to prevail on the merits of this action.

7         In accordance with the above, IT IS HEREBY ORDERED that:

8         1.  Plaintiff's request for leave to proceed in forma pauperis is granted.

9         2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.

10 Plaintiff is assessed an initial partial filing fee of $3.10.  All fees shall be collected and paid in

11 accordance with this court's order to the Director of the California Department of Corrections

12 and Rehabilitation filed concurrently herewith.

13         3.  Service is appropriate for the following defendant: Chief Medical Officer

14 Pomazal.

15         4.  The Clerk of the Court shall send plaintiff one (1) USM-285 form, one

16 summons, an instruction sheet and a copy of the complaint filed May 25, 2007.

17         5.  Within thirty days from the date of this order, plaintiff shall complete the

18 attached Notice of Submission of Documents and submit the following documents to the court:

19         a.  The completed Notice of Submission of Documents;

20         b.  One completed summons;

21         c.  One completed USM-285 form for each defendant listed in number 3

22         above; and

23         d.  Two (2) copies of the endorsed complaint filed May 25, 2007.

24         6.  Plaintiff need not attempt service on defendants and need not request waiver of

25 service.  Upon receipt of the above-described documents, the court will direct the United States

26 /////

1  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

2  without payment of costs.

3  DATED:  6/22/07

   /s/ Gregory G. Hollows

4  _____

   GREGORY G. HOLLOWS
5  UNITED STATES MAGISTRATE JUDGE

6

7

8  GGH:009/bb
   bake0992.1
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANTHONY E. BAKER,

11           Plaintiff,                          No. CIV S-07-0992 GEB GGH P

12       vs.

13   CALIF. DEPT. OF CORRECTION, et al.,

14           Defendants.                         NOTICE OF SUBMISSION

15   _____/          OF DOCUMENTS

16           Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18           __1__         completed summon form

19           __1__         completed USM-285 form

20           __2__         copies of the May 25, 2007
                                          Complaint/Amended Complaint

21   DATED:

22

23                                    _____
                                      Plaintiff
24

25

26